LINUS EKENE, #: F84633
Name and Prisoner/Booking Number

SALINAS VALLEY STATE PRISON
Place of Confinement

P.O. BOX 1050
Mailing Address

SOLEDAD, CALIFORNIA 93960
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**

AUG 15 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

LINUS EKENE,
(Full Name of Plaintiff)
                    Plaintiff,

        v.

(1) R. COOK
(Full Name of Defendant)

(2) D. LAUGHLIN

(3) R. AGREDANO

(4) _____
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22-CV 1443- ___-JDP PC
(To be supplied by the Clerk)

JURY TRIAL DEMANDED

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: MULE CREEK STATE PRISON

Revised 3/15/2016

1 OF 18

## B. DEFENDANTS

1. Name of first Defendant: **R. COOK**. The first Defendant is employed as: **CORRECTIONAL OFFICER** at **MULE CREEK STATE PRISON**.
   (Position and Title)                                                      (Institution)

2. Name of second Defendant: **D. LAUGHLIN**. The second Defendant is employed as: **CORRECTIONAL OFFICER** at **MULE CREEK STATE PRISON**.
   (Position and Title)                                                      (Institution)

3. Name of third Defendant: **R. AGREDANO**. The third Defendant is employed as: **CORRECTIONAL OFFICER** at **MULE CREEK STATE PRISON**.
   (Position and Title)                                                      (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                                      (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☑ Yes  ☐ No

2. If yes, how many lawsuits have you filed? **7**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **LINUS EKENE** v. **L. FOWLER, ET AL.,**
      2. Court and case number: **2:19-CV-06995-DD-JDE**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **STILL PENDING**

   b. Second prior lawsuit:
      1. Parties: **LINUS EKENE** v. **DR. S. BURKE ET AL.,**
      2. Court and case number: **2:20-CV-01835**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **STILL PENDING**

   c. Third prior lawsuit:
      1. Parties: **LINUS EKENE** v. **E. BROUSSARD ET AL.,**
      2. Court and case number: **2:20-CV-01255**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **STILL PENDING**

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## B. DEFENDANTS

1. Name of first Defendant: _____. The first Defendant is employed as:
   _____at_____.
   (Position and Title)                (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   _____at_____.
   (Position and Title)                (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____at_____.
   (Position and Title)                (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____at_____.
   (Position and Title)                (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __7__. Describe the previous lawsuits:

   a. First prior lawsuit: I DO NOT HAVE MY LEGAL PROPERTY CONTAINING THE
      1. Parties: INFORMATION ABOUT THE REMAINING PREVIOUS LAWSUITS
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

   b. Second prior lawsuit:
      1. Parties: _____N/A_____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

   c. Third prior lawsuit:
      1. Parties: _____N/A_____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: <u>U.S. CONSTITUTION</u> <u>FIRST AMENDMENT RIGHT. DEFENDANTS WERE ACTING UNDER COLOR OF LAW</u>.

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☑ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   CONTINUED   SEE: PAGE 7

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   SEE: PAGE: 7

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I?   ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>DUE TO COVID-19, APPEALS OFFICE IS "SHORT STAFFED," SO THEY ISSUED ME MEMOS STATING THAT THEY ARE NOT ABLE TO GIVE ME RESPONSE WITHIN 60 DAYS. SO, ADMINISTRATIVE REMEDIES WERE NOT AVAILABLE WITH SOME OF THE APPEALS, BUT I EXHAUSTED NUMEROUS APPEALS PERTAINING TO THIS CASE.</u>

3 of 18

## CLAIM II

1. State the constitutional or other federal civil right that was violated: <u>U.S. CONSTITUTION EIGHT AMENDMENT VIOLATION. DEFENDANTS WERE ACTING UNDER COLOR OF LAW</u>.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   <u>CONTINUED SEE: PAGE 12</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   <u>SEE PAGE 12</u>

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>DUE TO COVID-19, APPEAL OFFICE IS "SHORT STAFFED" SO THEY ISSUED ME MEMOS STATING THAT THEY ARE NOT ABLE TO GIVE ME RESPONSE WITHIN 60 DAYS. SO, ADMINISTRATIVE REMEDIES WERE NOT AVAILABLE TO SOME OF THE APPEALS</u>

## CLAIM III

1. State the constitutional or other federal civil right that was violated: <u>U.S. CONSTITUTION FOURTEENTH AMENDMENT VIOLATION. DEFENDANTS WERE ACTING UNDER COLOR OF LAW.</u>

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   SEE: PAGE: 14

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   SEE: PAGE: 14

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. DUE TO COVID-19, APPEALS OFFICE IS "SHORT STAFFED" SO THEY ISSUED ME MEMOS STATING THAT THEY ARE NOT ABLE TO GIVE ME RESPONSE WITHIN 60 DAYS. SO ADMINISTRATIVE REMEDIES WERE NOT AVAILABLE TO SOME OF THE APPEALS.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:   SEE PAGES 17

I declare under penalty of perjury that the foregoing is true and correct.

Executed on JULY 21, 2022
DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6 OF 18

CONTINUATION CLAIM I:

(1)        SUPPORTING FACTS RETALIATION CLAIM:

(2)    DUE TO THE FACTS THAT I FILES LAWSUITS AND 602's, CORRECTIONAL OFFICERS: R. COOK, D. LAUGHLIN, AND R. AGREDANO STARTED ISSUING ME MEALS TAINTED WITH PAIN CAUSING CHEMICALS. WHEN I COMPLAINED COOK HIT ME WITH HIS METAL BATON ON MY FACE AND KICKED ME ON MY LEG.

(3)    FURTHERMORE, COOK, LAUGHLIN, AND AGREDANO CONSPIRED AND PLANTED A DEADLY WEAPON IN MY CELL AND MOVED ME TO ADMINISTRATIVE SEGREGATION ("AD-SEG").

(4)    THE "DA" (DISTRICT ATTORNEY) DROPPED THE WEAPON POSSESSION CHARGE WHEN THEY FOUND OUT THAT COOK, ETC. WERE UNDER INVESTIGATION FOR PLANTING THE DEADLY WEAPON IN MY CELL.

(5)    I WAS IN "AD-SEG" FROM SEPTEMBER 8, 2020 UNTIL DECEMEBER 18, 2020 — TOTAL OF HUNDRED AND ONE DAYS (101 DAYS)

(6)    ON JUNE 24, 2020, DURING BREAKFAST, I NOTICED THAT THE CONTENTS INSIDE THE KOSHER-BREAKFAST PAPER-CONTAINER WERE ALREADY OPENED.

(7)    WHEN I COMPLAINED LAUGHLIN SAID TO ME THAT "YOU GET WHAT YOU GET", AND COOK SAID THAT HE WILL KNOCK ME OUT.

(8)    LAUGHLIN STARTED THROWING PUNCHES IN THE AIR.

(9)    I TOLD THESE OFFICERS THAT I WAS GOING TO FILE 602 ABOUT THEM ISSUING ME MEALS TAINTED WITH PAIN CAUSING CHEMICALS ALSO, MAKE COMPLAINT ABOUT THEIR BEHAVIOR; FURTHER, I TOLD THEM THAT THEIR ACTIONS VIOLATED MY U.S. CONSTITUTION

PAGE: 7 OF 18

1. CONT. CLAIM I:
2. FIRST AMENDMENT RIGHTS AND U.S. CONSTITUTION EIGHT
3. AMENDMENT RIGHTS.
4. 10)   I WALKED BACK TO MY CELL, AND COOK FOLLOWED
5. ME BACK TO CELL, AND HIT ME ON THE FACE WITH HIS
6. METAL BATON WHICH CAUSED THE SKIN OF MY FACE TO SPLIT
7. OPEN, ALSO, COOK KICKED ME ON MY LEG AND SAID
8. REMEMBER TO SPELL MY NAME CORRECT ON YOUR 602.
9. 11)   IN THE MORNING OF SEPTEMBER 8, 2020, COOK AND
10. LAUGHLIN CAME TO MY AND LAUGHLIN SAID TO ME: WE ARE
11. TIRED OF YOU WRITING 602'S AND THAT HE WANTS ME TO
12. MOVE OUT OF BUILDING-5.
13. 12)   COOK SAID TO ME: IF YOU DO NOT MOVE, WE WILL
14. PUT A WEAPON IN YOUR CELL AND MOVE YOU TO "AD-SEG."
15. 13)   SAMEDAY, ON SEPTEMBER 8, 2020, APPROXIMATELY,
16. 12:00 NOON, COOK, LAUGHLIN, AND OFFICER BECKHAM ETC.
17. CAME TO MY CELL AND ORDERED ME TO LEAVE MY CELL
18. BECAUSE, THEY WANT TO SEARCH MY CELL BECAUSE I WAS
19. PLACED ON "C-STATUS."
20. 14)   DUE TO THE FACT THAT THEY HAD, ALREADY, TOLD ME
21. EARLIER THAT MORNING THAT THEY WILL PLANT A
22. WEAPON IN MY CELL, I STARTED MAKING NOISES AND
23. ATTRACTED ATTENTION OF OTHER INMATES
24. 15)   CONSEQUENTY, ALL THE INMATES WERE LOOKING IN
25. THE DIRECTION OF CELL, AND I WAS STANDING BY THE ENTRANCE
26. TO MY CELL OBSERVING WHAT THEY WERE DOING.
27. 16)   SO, THEY WERE NOT ABLE TO PLANT THE WEAPON
28. AT THAT TIME.

PAGE: 8 OF 18

CONT. CLAIM I:

17) AFTER THEY FINISHED SEARCHING MY CELL THEY CONFISCATED MY AM/FM RADIO, FAN. ETC.

18) AGAIN, ON THE SAME DAY, SEPTEMBER 8, 2020, APPROXIMATELY 2:30 PM, WHILE I WAS AT THE YARD, AGREDANO APPROACHED ME AND SAID TO ME THAT HE CONDUCTED A SEARCH, AGAIN, IN MY CELL AND FOUND A WEAPON IN MY CELL.

19) AGREDANO TOOK ME TO "AD-SEG", AND ON THE WAY TO "AD-SEG", HE SAID TO ME: WE GOT RID OF YOU; YOU ARE NOT GOING TO BE WRITING 602's IN AD-SEG AGAINST US

20) AGREDANO TOOK AWAY MY PRESCRIPTION EYEGLASSES AS RETALIATION, AND FOR OVER SEVEN MONTHS I WAS WITHOUT EYEGLASSES.

21) DEFENDANT: 1, OFFICER R. COOK

22) DUE TO THE FACT THAT I HAD FILED NUMEROUS APPEALS (602's) AGAINST OFFICER COOK, HE RETALIATED AGAINST ME BY HITTING ME WITH METAL BATON, KICKING ME ON MY LEG, AND PLANTED A WEAPON IN IN MY CELL, AND SENT ME TO "AD-SEG." HIS ACTIONS CHILLED MY U.S. CONST. FIRST AMEND. RIGHTS; AND HIS ACTIONS DID NOT FURTHER ANY PENOLOGICAL INTERESTS

23) ON JUNE 24, 2020, DURING BREAKFAST, I NOTICED THAT THE BREAKFAST THAT COOK AND LAUGHLIN GAVE ME WERE AREADY OPENED AND TAINTED WITH PAIN CAUSING CHEMICALS, WHEN I COMPLAINED, COOK TOLD ME THAT HE WAS GOING TO "KNOCK ME OUT."

24) I TOLD OFFICER COOK AND LAUGHLIN THAT I WAS

PAGE: 9 OF 18

CONT. CLAIM I:
GOING TO FILE 602 ABOUT RECEIVING TAINTED MEALS EVERY-DAY, AND I WALKED BACK TO MY CELL.

25) COOK FOLLOWED ME BACK TO MY CELL AND HIT ME WITH HIS METAL BATON WHICH CAUSED MY FACIAL SKIN TO SPLIT OPEN ADDITIONALLY, HE KICKED ME ON MY LEG. HE USED EXCESSIVE AND UNNECESSARY FORCE ON ME.

26) ON SEPTEMBER 8, 2020, APPROXIMATELY 7:30 AM, COOK CAME TO MY CELL WITH LAUGHLIN. BECAUSE I HAD FILED NUMEROUS 602's AGAINST COOK, COOK TOLD ME THAT IF I DO NOT MOVE OUT OF BUILDING-5 THAT HE WAS GOING TO PLANT A WEAPON IN MY CELL AND MOVE ME TO "AD-SEG"

27) DEFENDANT: II. OFFICER D. LAUGHLIN

28) BECAUSE I HAD FILED NUMEROUS 602's AGAINST LAUGHLIN, HE CONSPIRED WITH COOK AND AGREDANO AND PLANTED WEAPON IN MY CELL AND MOVED ME TO "AD-SEG"

29) LAUGHLIN, ALSO, ISSUED ME MEALS TAINTED WITH PAIN CAUSING CHEMICALS REGULARLY. HIS ACTIONS CHILLED MY U.S. CONST. FIRST AMEND. RIGHTS, AND HIS ACTIONS DID NOT ADVANCE ANY PENOLOGICAL INTERESTS.

30) ON JUNE 24, 2020 DURING BREAKFAST, LAUGHLIN AND COOK ISSUED ME MEALS TAINTED WITH CHEMICALS. WHEN I TOLD HIM TO EXCHANGE IT, HE TOLD ME: YOU GET WHAT YOU GET.

31) WHEN OFFICER COOK TOLD ME THAT HE WAS GOING TO "KNOCK ME OUT" LAUGHLIN STARTED THROWING PUNCHES IN THE AIR.

32) ON SEPTEMBER 8, 2020, IN THE MORNING, LAUGHLIN CAME TO MY CELL AND SAID TO ME: WE ARE TIRED OF YOU WRITING 602's, AND THAT HE WANTS ME TO MOVE OUT OF BUILDING-5. COOK

PAGE 10 OF 18

1  CONT. CLAIM I:
2  SAID IF YOU DO NOT MOVE WE WILL PUT A WEAPON IN YOUR CELL
3  AND MOVE YOU TO "AD-SEG."
4
5  33)        DEFENDANT: III, OFFICER R. AGREDANO
6     BECAUSE I FILED NUMEROUS 602'S AGAINST AGREDANO
7  HE CONSPIRED WITH COOK AND LAUGHLIN, AND PLANTED A
8  WEAPON IN MY CELL AND MOVED ME TO "AD-SEG."
9  34)  AGREDANO, ALSO, CONFISCATED MY PRESCRIPTION EYEGLASSES
10 AS RETALIATION. HIS ACTIONS CHILLED MY U.S. CONST. FIRST AMEND.
11 RIGHTS, AND HIS ACTIONS DID NOT FURTHER ANY LEGITMATE
12 PENOLOGICAL INTEREST.
13 35)  ON SEPTEMBER 8, 2020 APPROXIMATELY 2:30 PM, WHILE
14 I WAS AT THE YARD, AGREDANO APPROACHED ME AND SAID TO ME
15 THAT HE CONDUCTED A SEARCH IN MY CELL AND FOUND A
16 WEAPON IN MY CELL.
17 36)  AGREDANO TOOK ME TO "AD-SEG," AND ON THE WAY TO
18 "AD-SEG" HE SAID TO ME: WE GOT RID OF YOU; YOU ARE NOT
19 GOING TO BE WRITING 602'S IN "AD-SEG" AGAINST US.
20 37)  AGREDANO TOOK AWAY MY PRESCRIPTION EYEGLASSES AS
21 RETALIATION, AND FOR APPROXIMATELY SEVEN MONTHS I WAS
22 WITHOUT EYEGLASSES.
23
24
25
26
27
28

CONTINUATION CLAIM II:

38) SUPPORTING FACTS, U.S. CONSTITUTION EIGHT AMENDMENT VIOLATION CLAIM:

39) DUE TO THE FACTS THAT I FILES LAWSUITS AND 602's, CORRECTIONAL OFFICERS: R. COOK, D. LAUGHLIN, AND R. AGREDANO STARTED ISSUING ME MEALS TAINTED WITH PAIN CAUSING CHEMICALS. WHEN I COMPLAINED COOK HIT ME WITH HIS METAL BATON ON MY FACE AND KICKED ME ON MY LEG, AND FOR TWO WEEKS I WAS ISSUED COLD, ROTTEN FOOD.

40) FURTHERMORE, COOK, LAUGHLIN AND AGREDANO CONSPIRED AND PLANTED A DEADLY WEAPON IN MY CELL AND MOVED ME TO ADMINISTRATIVE SEGREGATION ("AD-SEG")

41) I WAS IN "AD-SEG" FROM SEPTEMBER 8, 2020 UNTIL DECEMBER 18, 2020 — TOTAL OF HUNDRED AND ONE DAYS (101 DAYS).

42) I LOST MY "GOOD TIME CREDITS" BECAUSE OF THE DEADLY WEAPON POSSESSION CHARGE.

43) THE "DA" DROPPED THE DEADLY WEAPON POSSESSION CHARGE WHEN THEY FOUND OUT THAT COOK ETC. WERE UNDER INVESTIGATION FOR PLANTING THE DEADLY WEAPON IN MY CELL.

44) OFFICER AGREDANO CONFISCATED MY PRESCRIPTION EYEGLASSES AS RETALIATION!

45) DEFENDANT: I, OFFICER R. COOK
46) OFFICER COOK USED "EXCESSIVE AND UNNECESSARY FORCE," ALSO SUBJECTED ME TO CRUEL AND UNUSUAL PUNISHMENT.

PAGE: 12 OF 18

CONT. CLAIM II:

47) ON JUNE 24, 2020, DURING BREAKFAST, I NOTICED THAT THE BREAKFAST THAT COOK AND LAUGHLIN GAVE ME WERE AREADY OPENED AND TAINTED WITH PAIN CAUSING CHEMICALS.

48) WHEN I COMPLAINED, OFFICER COOK TOLD ME THAT HE WAS GOING TO "KNOCK ME OUT."

49) I TOLD OFFICER COOK AND LAUGHLIN THAT I WAS GOING TO FILE 602 ABOUT RECEIVING TAINTED MEALS EVERYDAY, AND I WALKED BACK TO MY CELL.

50) COOK FOLLOWED ME BACK TO MY CELL AND HIT ME WITH HIS METAL BATON WHICH CAUSED MY FACIAL SKIN TO SPLIT OPEN. ADDITIONALLY, HE KICKED ME ON MY LEG; THEREBY, USING EXCESSIVE AND UNNECESSARY FORCE ON ME.

51) ON SEPTEMBER 8, 2020, COOK, LAUGHLIN AND AGREDANO CONSPIRED AND PLANTED A WEAPON IN MY CELL AND SENT ME TO "AD-SEG".

52) DEFENDANT: II, OFFICER D. LAUGHLIN

53) OFFICER LAUGHLIN SUBJECTED ME TO CRUEL AND UNUSUAL PUNISHMENT.

54) LAUGHLIN CONSPIRED WITH COOK AND ISSUED ME MEALS TAINTED WITH CHEMICALS FOR ABOUT FOUR MONTHS (4 MONTHS)

55) ON JUNE 24, 2020 (ONE OF THE MANY DAYS THAT I RECEIVED TAINTED MEAL AND COOK) LAUGHLIN ISSUED ME BREAKFAST TAINTED WITH CHEMICALS; WHEN I TOLD HIM TO EXCHANGE IT, HE SAID TO ME: "YOU GET WHAT YOU GET."

56) WHEN COOK TOLD ME THAT HE WAS GOING TO KNOCK ME OUT, LAUGHLIN STARTED THROWING PUNCHES IN THE AIR.

57) DEFENDANT: III, OFFICER R. AGREDANO

58) AGREDANO SUBJECTED ME TO CRUEL AND UNUSUAL PUNISHMENT.

59) AGREDANO CONFISCATED MY PRESCRITION EYEGLASSES, AND I WAS WITHOUT EYEGLASSES FOR APPROXIMATELY SEVEN MONTHS (7 MONTHS).

60) AGREDANO ISSUED ME TAINTED MEALS.

61) CONTINUATION CLAIM III:
U.S. CONSTITUTION FOURTEENTH AMENDMENT CLAIM:
STATEMENTS OF FACTS:

62) DUE TO I FILES LAWSUITS AND 602's CORRECTIONAL OFFICERS: R. COOK, D. LAUSHLIN, AND R. AGREDANO CONSPIRED AND PLANTED A DEADLY WEAPON IN MY CELL AND MOVED ME TO "AD-SEG"

63) BECAUSE THESE OFFICERS PLANTED DEADLY WEAPON IN MY CELL, AND MOVED ME TO "AD-SEG", MY CLASSIFICATION CHANGED. I WAS NOT ABLE TO GET "GOOD TIME" CREDITS AND COMPLETE MENTAL HEALTH MILESTONES CREDITS; CONSEQUENTLY, MY RELEASE DATE WAS AFFECTED ADVERSELY.

64) WHILE I WAS IN "AD-SEG" MY PROGRAM WAS RESTRICTED

65) OFFICERS COOK, LAUSHLIN, AND AGREDANO ISSUED ME TAINTED MEALS, HIT ME WITH A BATON ON MY FACE, KICKED ME ON MY LEG, ALSO TOOK AWAY MY PRESCRIPTION EYEGLASSES. THEIR ACTIONS IMPOSED ATYPICAL AND SIGNIFICANT HARDSHIP ON ME IN RELATION TO ORDINARY INCIDENTS OF PRISON LIFE.

66) I WAS IN "AD-SEG" FOR TOTAL OF HUNDRED AND ONE DAYS (101 DAYS).

67) THE "DA" DROPPED THE WEAPON POSSESSION CHARGE WHEN THEY FOUND OUT THAT COOK ETC. WAS UNDER INVESTIGATION FOR PLANTING THE WEAPON.

CONT. CLAIM III:

68)         DEFENDANT: I, OFFICER COOK

69) DUE THE FACT THAT I FILED 602's AGAIN AGAINST OFFICER COOK, ON ~~MO~~ SEPTEMBER 8, 2020 COOK CAME TO MY CELL WITH OFFICER LAUGHLIN AND OFFICER COOK TOLD ME THAT IF I DO NOT MOVE OUT OF BUILDING-5, THAT HE WAS GOING TO PLANT A WEAPON IN MY CELL AND MOVE ME TO "AD-SEG."

70) LATER, THE SAME DAY, AGREDANO APPROACHED ME AND TOLD ME THAT HE WAS TAKING ME TO "AD-SEG" BECAUSE HE DISCOVERED A WEAPON IN MY CELL.

71)         DEFENDANT: II, OFFICER D. LAUGHLIN

72) LAUGHLIN VIOLATED MY U.S. CONSTITUTION FOURTEENTH AMENDMENT RIGHTS.

73) ON SEPTEMBER 8, 2020 LAUGHLIN CAME TO MY CELL WITH COOK, AND LAUGHLIN SAID TO ME: WE ARE TIRED OF YOU WRITING 602's AND THAT HE WANTS ME TO MOVE OUT OF BUILDING-5, AND COOK SAID IF YOU DO NOT MOVE, WE WILL PLANT A WEAPON IN YOUR CELL AND MOVE YOU TO "AD-SEG."

74) LATER THAT SAME DAY, I WAS TAKEN TO "AD-SEG FOR FALSE WEAPON POSSESSION CHARGE.

75) I WAS IN "AD-SEG" FROM SEPTEMBER 8, 2020 UNTIL DECEMBER 18, 2020.

76)         DEFENDANT: III: OFFICER R. AGREDANO

77) AGREDANO VIOLATED MY U.S. CONSTITUTION FOURTEENTH AMENDMENT RIGHTS.

78) ON SEPTEMBER 8, 2020 AGREDANO APPROACHED ME

PAGE: 15 OF 18

1. CONT. CLAIM III:
2. AT THE YARD AND TOLD ME THAT HE WAS TAKING ME
3. TO "AD-SEG" FOR POSSESSION OF DEADLY WEAPON.
4. 79) ON THE WAY TO "AD-SEG" AGREDANO SAID TO ME: WE
5. GOT RID OF YOU; YOU ARE NOT GOING TO BE WRITING 602'S
6. IN "AD-SEG" AGAINST US. AND HE TOOK AWAY MY EYEGLASSES
7. 80) I WAS WITHOUT PRESCRIPTION EYEGLASSES FOR APPROXIMATELY
8. "SEVEN MONTHS" BECAUSE AGREDANO CONFISCATED THEM AS
9. RETALIATION.
10. NOTE
11. 80A) THESE OFFICERS CAUSED ME TO STAY IN "AD-SEG" FROM
12. SEPTEMBER 8, 2020 TILL DECEMBER 18, 2020 (101 DAYS); THESE OFFICERS
13. STARTED CONTAMINATING MY MEALS ("DAILY") WITH PAIN CAUSING
14. CHEMICALS FROM MAY 2020 UNTIL SEPTEMBER 8, 2020
15. (APPROXIMATELY FOUR MONTHS); STARTING FROM JULY 4, 2020 TILL
16. JULY 18, 2020 ALL THE MEALS THAT I RECEIVED WAS NOT ONLY
17. ROTTEN AND CONTAMINATED, BUT ALSO COLD – FOR TWO WEEKS;
18. I WAS WITHOUT PRESCRIPTION EYEGLASSES FOR APPROXIMATELY
19. "SEVEN MONTHS".

CONTINUATION REQUEST FOR RELIEF:

81)            CLAIMS FOR RELIEF:

82) DEFENDANTS COOK'S KICKING OF PLAINTIFF'S LEG AND HITTING PLAINTIFF WITH HIS METAL BATON CAUSIN PLAINTIFF'S FACIAL SKIN TO SKIN SPLIT, ALSO, DEFENDANT COOK'S PLANTING OF DEADLY WEAPON IN PLAINTIFF'S CELL AND SENT PLAINTIFF TO "AD-SEG" BECAUSE HE WAS ENGAGED IN PROTECTED ACTIVITY VIOLATED PLAINTIFF'S U.S. CONST. FIRST, EIGHT, AND FOURTEENTH AMEND. RIGHTS.

83) DEFENDANT LAUGHLIN'S ISSUING OF PLAINTIFF TAINTED MEALS, CONSPIRING WITH COOK AND AGREDANO, AND PLANTED DEADLY WEAPON IN PLAINTIFF'S CELL BECAUSE WAS ENGAGED IN PROTECTED ACTIVITY, VIOLATED PLAINTIFF'S U.S. CONST. FIRST, EIGHT, AND FOURTEENTH AMEND. RIGHTS.

84) DEFENDANT AGREDANO'S ISSUING OF PLAINTIFF TAINTED MEALS, CONSPIRING WITH COOK AND LAUGHLIN TO PLANT DEADLY WEAPON IN PLAINTIFF'S CELL, ALSO, AGREDANO'S CONFISCATION OF PLAINTIFF'S PRESCRIPTION EYEGLASSES BECAUSE PLAINTIFF WAS ENGAGED IN PROTECTED ACTIVITY VIOLATED PLAINTIFF'S U.S. CONST. FIRST, EIGHT, AND FOURTEENTH AMEND. RIGHTS.

85) PLAINTIFF IS SUING DEFENDANTS: COOK, LAUGHLIN, AND AGREDANO IN THEIR "INDIVIDUAL" AND "OFFICIALS" CAPACITY.

86) BECAUSE DEFENDANTS HAD ATTACKED PLAINTIFF IN HIS CELL AND SENT NUMEROUS INMATES INTO PLAINTIFF'S CELL TO ATTACK HIM, PLAINTIFF IS SEEKING FOR SINGLE CELL STATUS (INJUNCTION).

CONT. REQUEST FOR RELIEF

88) PRAYER FOR RELIEF:

89) WHEREFORE, PLAINTIFF, HUMBLY, REQUESTS THAT THIS COURT GRANT THE FOLLOWING RELIEF:

A) THAT COURT ENTER JUDGEMENT DECLARING THE ACTS OF DEFENDANTS: R. COOK, D. LAUGHLIN, AND R. AGREDANO VIOLATED THE RIGHTS OF THE TH PLAINTIFF UNDER THE FIRST, EIGHT, AND FOURTEENTH AMENDMENTS OF UNITED STATES CONST.

B) THAT THE COURT AWARD INJURIES DAMAGES TO THE PLAINTIFF.

C) THAT THE COURT AWARD SINGLE CELL STATUS TO THE PLAINTIFF.

D) THAT THE COURT AWARD PAIN AND SUFFERING DAMAGES TO THE PLAINTIFF.

E) THAT THE COURT AWARD PUNITIVE DAMAGES TO PLAINTIFF

F) THAT THE COURT AWARD COMPENSATION FOR EMOTIONAL AND MENTAL PAIN TO PLAINTIFF

G) THAT THE COURT AWARD GENERAL DAMAGES TO PLAINTIFF.

H) THAT THE COURT GRANT SUCH OTHER FURTHER RELIEF TO PLAINTIFF AS IT DEEMS APPROPRIATE.

I) GRANT APPOINTMENT OF COUNSEL.

J) PLAINTIFF IS "PRO SE," AND IS REQUESTING FOR THE COURT TO HOLD THIS COMPLAINT TO LESS STRICT STANDART, THAN COMPLAINT DRAFTED BY AN ATTORNEY.

RESPECTFULLY, SUBMITTED,

July 21, 2022   SIGN: [signature]

NAME: LINUS EKENE

PLAINTIFF