LINUS EKENE, #:F84633
Name and Prisoner/Booking Number

SALINAS VALLEY STATE PRISON
Place of Confinement

P.O. BOX 1050
Mailing Address

SOLEDAD, CALIFORNIA 93960
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

**FILED**

JAN 03 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

LINUS EKENE
(Full Name of Plaintiff)          Plaintiff,

v.

(1) R. COOK
(Full Name of Defendant)

(2) D. LAUGHLIN

(3) R. AGREDAND

(4)
          Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

(PC)

CASE NO. 2:22-CV-1443-TLN-JDP
(To be supplied by the Clerk)

JURY TRIAL DEMANDED

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☒ First Amended Complaint: 2:22-CV-01443-TLN-JDP
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
    ☐ Other: _____.

2.  Institution/city where violation occurred: MULE CREEK STATE PRISON

Revised 3/15/2016

1 – OF 23

## B. DEFENDANTS

1. Name of first Defendant: R. COOK . The first Defendant is employed as:
CORRECTIONAL OFFICER at MULE CREEK STATE PRISON .
(Position and Title)                                    (Institution)

2. Name of second Defendant: D. LAUGHLIN . The second Defendant is employed as:
CORRECTIONAL OFFICER at MULE CREEK STATE PRISON .
(Position and Title)                                    (Institution)

3. Name of third Defendant: R. AGREDAND . The third Defendant is employed as:
CORRECTIONAL OFFICER at MULE CREEK STATE PRISON .
(Position and Title)                                    (Institution)

4. Name of fourth Defendant: _____ . The fourth Defendant is employed as:
_____at_____
(Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? 7 . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: LINUS EKENE v. L. FOWLER ET AL.
      2. Court and case number: 2:19-CV-06995-DDP-JDE
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)
         STILL PENDING

   b. Second prior lawsuit:
      1. Parties: LINUS EKENE v. DR. S. BURKE ET AL.
      2. Court and case number: 2:20-CV-01835
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)
         STILL PENDING

   c. Third prior lawsuit:
      1. Parties: LINUS EKENE v. E. BROUSSARD ET AL.
      2. Court and case number: 2:20-CV-01255
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)
         STILL PENDING

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: U.S. CONSTITUTION FIRST AMENDMENT RIGHTS VIOLATION. DEFENDANTS ACTED UNDER THE COLOR OF LAW.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities          ☐ Mail            ☐ Access to the court       ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property        ☐ Exercise of religion      ☒ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   CONTINUED ON PAGE: 7

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   CONTINUED ON PAGE: 7

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                    ☐ Yes  ☐ No

   b. Did you submit a request for administrative relief on Claim I?                    ☒ Yes  ☐ No

   c. Did you appeal your request for relief on Claim I to the highest level?           ☒ Yes  ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. DUE TO COVID-19, APPEALS OFFICE IS "SHORT STAFFED" SO THEY ISSUED ME MEMOS STATING THAT THEY ARE NOT ABLE TO GIVE ME RESPONSE WITHIN 60 DAYS. SEE EXHIBIT _____. SO ADMINISTRATIVE REMEDIES WERE NOT AVAILABLE WITH SOME OF THE APPEALS. CONSEQUENTLY, ALL ADMINISTRATIVE REMEDIES WERE EXHAUSTED.

3

PG: 3 OF 23

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: *U·S·CONST· EIGHT AMEND· RIGHTS VIOLATION- DEFENDANTS WERE ACTING UNDER THE COLOR OF LAW·*

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   CONTINUED ON PAGE: 12

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   CONTINUED ON PAGE: 12

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. *DUE TO COVID-19, APPEALS IS "SHORT STAFFED," SO THEY ISSUED ME MEMOS STATING THAT THEY ARE NOT ABLE TO GIVE ME RESPONSE WITHIN 60 DAYS· SEE· EXHIBIT SO, ADMINISTRATIVE REMEDIES WERE NOT AVAILABLE WITH SOME OF THE APPEALS. CONSEQUENTLY ALL ADMINISTRATIVE REMEDIES WERE EXHAUSTED*

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

PAGE: 4 OF 23

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


LINUS EKENE,

   PLAINTIFF                  PREVIOUS LAWSUITS


    V.


R. COOK, ET AL.,

  DEFENDANTS.


   REGARDING MY REMAINING "PREVIOUS LAWSUITS"
NOT LISTED, I DO NOT HAVE MY LEGAL PROPERTY
CONTAINING THE INFORMATION ABOUT THE "PREVIOUS
LAWSUITS." SO, I AM NOT GOING TO BE ABLE TO LIST
THEM.

                  RESPECTFULLY SUBMITTED,
                  LINUS EKENE

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

_CONTINUED ON PAGE: 16_

_____

_____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _DECEMBER 20, 2022_

<span>      DATE</span>                                                             SIGNATURE OF PLAINTIFF

_____

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____

(Signature of attorney, if any)

_____

_____

_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

1  CONTINUATION CLAIM I:

2

3  (1)              SUPPORTING FACTS RETALIATION CLAIM:

4

5  2)       DUE TO THE FACTS THAT I FILES LAWSUITS AND 602'S,

6  CORRECTIONAL OFFICERS: R. COOK, D. LAUGHLIN, AND R. AGREDANO

7  STARTED ISSUING ME MEALS TAINTED WITH PAIN CAUSING CHEMICALS

8  WHEN I COMPLAINED COOK HIT ME WITH HIS METAL BATON ON MY FACE

9  AND KICKED ME ON MY LEG AND SCARRED ME.

10  3)    FUTHERMORE, COOK, LAUGHLIN, AND AGREDANO CONSPIRED AND

11  PLANTED A DEADLY WEAPON IN MY CELL AND MOVED ME TO

12  ADMINISTRATIVE SEGREGATION ("AD-SEG").

13  4)    THE "DA" DROPPED THE WEAPON POSSESSION CHARGE WHEN THEY

14  FOUND OUT THAT COOK ETC. WERE UNDER INVESTIGATION FOR

15  PLANTING THE DEADLY WEAPON IN MY CELL.

16  5) I WAS IN "AD-SEG" FROM SEPTEMBER 8, 2020 TILL DECEMBER

17  18, 2020 — TOTAL OF HUNDRED AND ONE DAYS (101 DAYS).

18  6) ON JUNE 24, 2020, DURING BREAKFAST, I NOTICED THAT THE

19  CONTENTS INSIDE THE KOSHER-BREAKFAST, PAPER-CONTAINERS

20  WERE ALREADY OPENED.

21  7)   WHEN I COMPLAINED LAUGHLIN SAID TO ME "YOU GET WHAT

22  YOU GET" AND COOK SAID THAT HE WILL KNOCK ME OUT.

23  8)    LAUGHLIN STARTED THROWING PUNCHES IN THE AIR.

24  9)   I TOLD THESE OFFICERS THAT I WAS GOING TO FILE 602 ABOUT

25  THEM ISSUING ME MEALS TAINTED WITH PAIN CAUSING

26  CHEMICALS THAT CAUSES ME PAINFUL DIARRHEA AND BLOODY

27  STOOLS. ALSO, MAKE COMPLAINT ABOUT THEIR BEHAVIOR; FURTHER, I TOLD

28  THEM THAT THEIR ACTIONS VIOLATED MY U.S. CONSTITUTION FIRST

CONT. CLAIM I:

AMENDMENT RIGHTS AND U.S. CONSTITUTION EIGHT AMEND. RIGHTS.

10)   I WALKED BACK TO MY CELL, AND COOK FOLLOWED ME BACK
TO MY CELL, AND HIT ME ON THE FACE WITH HIS BATON WHICH
CAUSED MY FACIAL SKIN TO SPLIT OPEN. ALSO, COOK KICKED
ME ON MY LEG AND SAID: REMEMBER TO SPELL MY NAME CORRECT
ON YOUR 602.

11)   IN THE MORNING OF SEPTEMBER 8, 2020, COOK AND LAUGHLIN
CAME TO MY CELL AND LAUGHLIN SAID TO ME: WE ARE TIRED OF
YOU WRITING 602'S AND THAT HE WANTS ME TO MOVE OUT OF
BUILDING-5.

12)   COOK SAID TO ME: IF YOU DO NOT MOVE, WE WILL PUT
A WEAPON IN YOUR CELL AND MOVE YOU TO "AD-SEG".

13)   SAMEDAY, ON SEPTEMBER 8, 2020, APPROXIMATELY, 12:00 NOON,
COOK, LAUGHLIN AND OFFICER BECKHAM ETC. CAME TO MY CELL
AND ORDERED ME TO LEAVE MY CELL BECAUSE, THEY WANT TO
SEARCH MY CELL BECAUSE I WAS PLACED ON " C-STATUS."

14)   DUE TO THE FACT THAT THEY HAD, ALREADY, TOLD ME EARLIER
THAT MORNING THAT THEY WILL PLANT A WEAPON IN MY CELL,
I STARTED MAKING NOISES AND ATTRACTED ATTENTION OF OTHER
INMATES.

15)   CONSEQUENTLY, ALL THE INMATES WERE LOOKING IN THE
DIRECTION OF MY CELL, AND I WAS STANDING BY THE ENTRANCE
TO MY CELL OBSERVING WHAT THEY WERE DOING.

16)   SO, THEY WERE NOT ABLE TO PLANT THE WEAPON
AT THAT TIME.

17)   AFTER THEY FINISHED SEARCHING MY CELL THEY CONFISCATED
MY AM/FM RADIO, FAN ETC.

1    CONT. CLAIM I:

2    18)   AGAIN, ON THE SAME DAY, SEPTEMBER 8, 2020, APPROXIMATELY,

3    2:30PM, WHILE I WAS AT THE YARD, AGREDAND APPROACHED ME AND

4    SAID TO ME THAT HE CONDUCTED A SEARCH, AGAIN, IN MY CELL AND

5    FOUND A WEAPON IN MY CELL.

6    19)   AGREDAND TOOK ME TO "AD-SEG" AND ON THE WAY TO "AD-SEG"

7    HE SAID TO ME: WE GOT RID OF YOU; YOU ARE NOT GOING TO

8    BE WRITING 602's IN "AD-SEG" AGAINST US.

9    20)   AGREDAND TOOK AWAY MY PRESCRIPTION EYEGLASSES

10   AS RETALIATION, AND FOR OVER SEVEN MONTHS I WAS

11   WITHOUT EYEGLASSES.

12

13   21)         DEFENDANT: I, OFFICER R. COOK

14   22)   DUE TO THE FACT THAT I HAD FILED NUMEROUS APPEALS ("602's")

15   AGAINST OFFICER COOK, HE RETALIATED AGAINST ME BY HITTING ME

16   WITH HIS METAL BATON, KICKING ME ON MY LEG, AND PLANTED A

17   WEAPON IN MY CELL AND SENT ME TO "AD-SEG". HIS ACTIONS CHILLED MY

18   U.S. CONST. FIRST AMENDMENT RIGHTS; AND HIS ACTIONS DID NOT FURTHER

19   ANY PENOLOGICAL INTERESTS.

20   23)   ON JUNE 24, 2020, DURING BREAKFAST, I NOTICED THAT THE

21   BREAKFAST THAT COOK AND LAUGHLIN GAVE ME WERE ALREADY

22   OPENED AND TAINTED WITH PAIN AND DIARRHEA CAUSING CHEMICALS.

23   WHEN I COMPLAINED, COOK TOLD ME THAT HE WAS GOING TO "KNOCK

24   ME OUT".

25   24)   I TOLD OFFICER COOK AND LAUGHLIN THAT I WAS

26   GOING TO FILE "602" ABOUT RECEIVING TAINTED MEALS

27   EVERYDAY, AND I WALKED BACK TO MY CELL.

28   25)   COOK FOLLOWED ME BACK TO MY CELL AND HIT ME WITH

1  CONT. CLAIM I:

2  HIS METAL BATON WHICH CAUSED MY FACIAL SKIN TO SPLIT OPEN

3  ADDITIONALLY, HE KICKED ME ON MY LEG - HE USED EXCESSIVE

4  AND UNNECESSARY FORCE ON ME.

5  26) ON SEPTEMBER 8, 2020, APPROXIMATELY, 7:30 AM, COOK

6  CAME TO MY CELL WITH LAUGHLIN. BECAUSE I HAD FILED NUMEROUS

7  602'S AGAINST COOK; COOK TOLD ME THAT IF I DO NOT MOVE

8  OUT OF BUILDING-5 THAT HE WAS GOING TO PLANT A WEAPON

9  IN MY CELL AND MOVE me ME TO "AD-SEG".

10

11  27)        DEFENDANT II, OFFICER LAUGHLIN

12  28)     BECAUSE I HAD FILED NUMEROUS 602'S AGAINST LAUGHLIN,

13  HE CONSPIRED WITH COOK AND AGREDANO AND PLANTED

14  WEAPON IN MY CELL AND MOVED ME TO "AD-SEG".

15  29)     LAUGHLIN, ALSO, ISSUED ME MEALS TAINTED WITH

16  PAIN AND DIARRHEA CAUSING CHEMICALS REGULARLY. HIS

17  ACTIONS CHILLED MY U.S. CONST. FIRST AMEND. RIGHTS; AND HIS

18  ACTIONS DID NOT ADVANCE ANY PENOLOGICAL INTERESTS.

19  30)     ON JUNE 24, 2020 DURING BREAKFAST, LAUGHLIN

20  AND COOK ISSUED ME MEALS TAINTED WITH CHEMICALS

21  WHEN I TOLD HIM TO EXCHANGE IT, HE TOLD ME; YOU GET

22  WHAT YOU GET.

23  31)    WHEN OFFICER COOK TOLD ME THAT HE WAS GOING TO

24  "KNOCK ME OUT" - LAUGHLIN STARTED THROWING PUNCHES

25  IN THE AIR.

26  32)     ON SEPTEMBER 8, 2020, IN THE MORNING, LAUGHLIN

27  CAME TO MY CELL AND SAID TO ME; WE ARE TIRED OF YOU

28  WRITING 602'S AND THAT HE WANTS ME TO MOVE OUT OF

1  CONT. CLAIM II

2  BUILDING-5; COOK SAID IF DO NOT MOVE WE WILL PUT A WEAPON

3  IN YOUR CELL AND MOVE YOU TO "AD-SEG".

4

5  33)       DEFENDANT: III, OFFICER R. AGREDANO

6      BECAUSE I FILED NUMEROUS 602's AGAINST AGREDANO, HE

7  CONSPIRED WITH COOK AND LAUGHLIN, AND PLANTED A WEAPON

8  IN MY CELL AND MOVED ME TO "AD-SEG".

9  34)   AGREDANO, ALSO, TOOK AWAY MY EYEGLASSES THAT I

10  WAS WEARING AS RETALIATION. HIS ACTIONS CHILLED MY

11  U.S. CONST. FIRST AMEND. RIGHTS, AND HIS ACTIONS DID NOT

12  FURTHER ANY LEGITMATE PENOLOGICAL INTEREST.

13  35)  ON SEPTEMBER 8, 2020 APPROXIMATELY, 2:30PM,

14  WHILE I WAS AT THE YARD, AGREDANO APPROACHED ME

15  AND SAID TO ME THAT HE CONDUCTED A SEARCH IN MY

16  CELL AND FOUND A WEAPON IN MY CELL.

17  36)  AGREDANO TOOK ME TO "AD-SEG," AND ON THE WAY TO

18  "AD-SEG" HE SAID TO ME: WE GOT RID OF YOU; YOU ARE NOT

19  GOING TO BE WRITING 602's IN "AD-SEG" AGAINST US.

20  37)   AGREDANO TOOK AWAY MY PRESCRITION EYEGLASSES

21  THAT I WAS WEARING AS RETALIATION, AND FOR APPROXIMATELY

22  SEVEN MONTHS I WAS WITHOUT EYEGLASSES.

23

24

25

26

27

28

CONTINUATION CLAIM II:

38)     SUPPORTING FACTS, U.S. CONSTITUTION EIGHT
         AMENDMENT VIOLATION CLAIM:

39)    DUE TO THE FACTS THAT I FILES LAWSUITS AND 602's,
CORRECTIONAL OFFICERS: R. COOK, D. LAUGHLIN, AND R. AGREDANO
STARTED ISSUING ME MEALS CONTAMINATED WITH PAIN CAUSING
CHEMICALS THAT CAUSED ME TO HAVE BLOODY STOOLS AND
PAINFUL DIARRHEA. WHEN I COMPLAINED, COOK HIT ME WITH HIS
METAL BATON ON MY FACE, WHICH SCARRED MY FACE, ALSO COOK
KICKED ME ON MY LEG.
40)   AGREDANO SEIZED MY PRESCRIPTION EYEGLASSES AS
RETALIATION, AND I WAS WITHOUT PRESCRIPTION EYEGLASSES
FOR APPROXIMATELY "SEVEN MONTHS".
41)   THESE OFFICERS STARTED CONTAMINATING MY MEALS
("DAILY") WITH PAIN AND BLOODY STOOLS CAUSING CHEMICALS
FROM MAY 2020 UNTIL SEPTEMBER 8, 2020 (APPROXIMATELY
FOUR MONTHS).
42)   STARTING FROM JULY 4, 2020 TILL JULY 18, 2020
ALL THE MEALS THAT I RECEIVED WAS NOT ONLY ROTTEN
AND TAINTED, BUT ALSO COLD - FOR TWO WEEKS.
43)    COOK, LAUGHLIN, AND AGREDANO CONSPIRED AND
PLANTED A DEADLY WEAPON IN MY CELL AND MOVED ME TO
ADMINISTRATIVE SEGREGATION ("AD-SEG") AS RETALIATION.
44)    I WAS IN "AD-SEG" FROM SEPTEMBER 8, 2020 UNTIL
DECEMBER 18, 2020 - TOTAL OF HUNDRED AND ONE DAYS (101 DAYS).
45)    I LOST "GOOD TIME CREDITS" BECAUSE OF THE

1   CONT. CLAIM II:

2   DEADLY WEAPON POSSESSION CHARGE.

3   46)    THE "DA" DROPPED THE DEADLY WEAPON POSSESSION

4   CHARGE WHEN THEY FOUND OUT THAT COOK ETC. WERE UNDER

5   INVESTIGATION FOR PLANTING THE DEADLY WEAPON IN MY CELL.

6   47)    BECAUSE AGREDANO SEIZED MY PRESCRIPTION EYEGLASSES,

7   MY HEAD WAS SWOLLEN, SIMULTANEOUSLY, ON DIFFERENT SPOTS —

8   CONSTANTLY — FROM STUMBLING ON OBJECTS AND HITTING

9   MY HEAD AGAINST THE WALL AND THE FLOOR.

10

11  48)       DEFENDANT: I, OFFICER R. COOK

12  49)    OFFICER R. COOK USED "EXCESSIVE AND UNNECESSARY

13  FORCE" ON ME. ALSO, HE SUBJECTED ME TO CRUEL AND

14  UNUSUAL PUNISHMENT.

15  50)    ON JUNE 24, 2020, DURING BREAKFAST, I NOTICED THAT

16  THE BREAKFAST THAT COOK AND LAUGHLIN GAVE ME WERE

17  ALREADY OPENED, AND AS USUAL, TAINTED WITH PAIN AND

18  DIARRHEA CAUSING CHEMICALS.

19  51)    WHEN I COMPLAINED, COOK TOLD ME THAT HE WAS

20  GOING TO "KNOCK ME OUT".

21  52)    I TOLD OFFICER COOK AND LAUGHLIN THAT I WAS

22  GOING TO FILE 602 ABOUT RECEIVING TAINTED MEALS

23  EVERYDAY, AND I WALKED BACK TO MY CELL.

24  53)    COOK FOLLOWED ME BACK TO MY CELL AND HIT ME

25  WITH HIS METAL BATON, WHICH CAUSED MY FACIAL SKIN

26  TO SPLIT OPEN AND HE SCARRED MY FACE. ADDITIONALLY,

27  HE KICKED ME ON MY LEG; THEREBY, USING EXCESSIVE AND

28  UNNECESSARY FORCE ON ME.

PG. 13 OF 23

CONT. CLAIM II:

54)        DEFENDANT: II, OFFICER D. LAUGHLIN

55)    OFFICER LAUGHLIN SUBJECTED ME TO CRUEL AND UNUSUAL PUNISHMENT.

56)    LAUGHLIN CONSPIRED WITH COOK AND ISSUED ME TAINTED MEALS WITH CHEMICALS THAT CAUSED ME TO HAVE PAINFUL DIARRHEA AND BLOODY STOOLS FOR ABOUT FOUR MONTHS.

57)    ON ONE OF THE DAYS I CAME TO PICK UP MY FOOD I NOTICED, AS USUAL, THAT MY FOOD WAS ALREADY OPENED. I TOLD LAUGHLIN TO EXCHANGE IT.
        LAUGHLIN SAID TO ME, "THAT'S WHAT YOU GET," AND LAUGHLIN CONTINUED "I WILL GIVE YOU DIARRHEA AS LONG AS YOU ARE IN THIS BUILDING".

58)    AS I TURNED TO LEAVE, LAUGHLIN SAID TO ME, "ENJOY THE FOOD". DEFENDANT COOK STARTED TO LAUGH.

59)    ON ANOTHER DAY, JUNE 24, 2020, DURING BREAKFAST, I NOTICED THAT THE BREAKFAST THAT COOK AND LAUGHLIN GAVE ME WERE ALREADY OPENED AND AS USUAL, TAINTED WITH CHEMICALS THAT CAUSE PAINFUL DIARRHEA AND BLOODY STOOLS.

60)    WHEN I COMPLAINED, ~~OFFICER COOK~~ AND TOLD LAUGHLIN TO EXCHANGE IT, HE SAID TO ME: YOU GET WHAT YOU GET.

61)    THEN, COOK TOLD ME THAT HE WAS GOING TO KNOCK ME OUT; LAUGHLIN STARTED THROWING PUNCHES IN THE AIR DISPLAYING HIS BOXING SKILLS.

62)

1  CONT. CLAIM II:

2  62)    DEFENDANT: III, OFFICER R. AGREDANO

3  63)    AGREDANO SUBJECTED ME TO CRUEL AND UNUSUAL PUNISHMENT.

4  64)    ON SEPTEMBER 8, 2020 WHEN AGREDANO ESCORTED ME

5  TO THE "AD-SEG" ON FALSE WEAPON POSSESSION CHARGE, HE

6  SNATCHED MY PRESCRIPTION EYEGLASSES FROM MY FACE AND

7  SEIZED THEM.

8  65)   I TOLD AGREDANO TO RETURN MY EYEGLASSES THAT I NEED

9  MY PRESCRIPTION EYEGLASSES TO SEE; HE REFUSED.

10

11 66)    BECAUSE AGREDANO SEIZED MY PRESCRIPTION EYEGLASSES,

12 MY HEAD WAS SWOLLEN, SIMULTANEOUSLY, ON DIFFERENT SPOTS

13 —CONSTANTLY— FROM STUMBLING ON OBJECTS AND HITTING MY

14 HEAD AGAINST THE WALL AND THE FLOOR.

15 67)   I WAS WITHOUT MY PRESCRIPTION EYEGLASSES FOR

16 APPROXIMATELY SEVEN MONTHS.

17 68)    AGREDANO WAS ISSUING ME MEALS TAINTED WITH

18 CHEMICALS THAT CAUSES PAINFUL DIARRHEA AND BLOODY STOOLS.

19 69)   I WAS ALWAYS TIRED BECAUSE I WAS ABSTAINING FROM

20 EATING DUE TO CONSTANT POISONING OF MY FOOD BY

21 DEFENDANTS. ALSO, RECEIVING MOLDY FOOD FROM THE DEFENDANTS.

22

23

24

25

26

27

28

1. CONTINUATION REQUEST FOR RELIEF:

2.

3. 70)                          CLAIMS FOR RELIEF:

4.

5. 71)   DEFENDANT COOK'S KICKING OF PLAINTIFF'S LEG AND HITTING
6. PLAINTIFF WITH HIS METAL BATON CAUSING PLAINTIFF'S FACIAL
7. SKIN TO SPLIT, ALSO, DEFENDANT COOK'S PLANTING OF DEADLY
8. WEAPON IN PLAINTIFF'S CELL AND SENDING PLAINTIFF TO "AD-SEG"
9. BECAUSE HE WAS ENGAGED IN PROTECTED ACTIVITY VIOLATED
10. PLAINTIFF'S U.S. FIRST AND EIGHT CONSTITUTIONAL AMENDMENT
11. RIGHTS'
12. 72)   DEFENDANT LAUGHLIN'S ISSUING OF PLAINTIFF TAINTED MEALS,
13. CONSPIRING WITH COOK AND AGREDANO, AND PLANTING DEADLY
14. WEAPON IN PLAINTIFF'S CELL BECAUSE HE WAS ENGAGED IN
15. PROTECTED ACTIVITY, VIOLATED PLAINTIFF'S U.S. FIRST AND
16. EIGHT CONSTITUTIONAL AMENDMENT RIGHTS'
17. 73)   DEFENDANT AGREDANO'S ISSUING OF PLAINTIFF TAINTED
18. MEALS, CONSPIRING WITH COOK AND LAUGHLIN AND PLANTING
19. OF DEADLY WEAPON IN PLAINTIFF'S CELL, ALSO, AGREDANO'S
20. SEIZING OF PLAINTIFF'S PRESCRIPTION EYEGLASSES BECAUSE
21. PLAINTIFF WAS ENGAGED IN PROTECTED ACTIVITY VIOLATED
22. PLAINTIFF'S FIRST AND EIGHT U.S. CONSTITUTION EIGHT AMENDMENT
23. RIGHTS.
24. 74)   PLAINTIFF SUING DEFENDANTS: R. COOK, D. LAUGHLIN,
25. AND R. AGREDANO IN THEIR "INDIVIDUAL" CAPACITY'
26. I TOLD THE DEFENDANTS THAT THEIR ACTIONS WERE VIOLATING MY
27. U.S. CONST. FIRST AND EIGHT AMENDMENT RIGHTS, BUT THEY WERE
28. ADAMANT.

PG: 16 OF 23#

1  CONT. REQUEST FOR RELIEF:

2

3  75)                PRAYED FOR RELIEF:

4  76) WHEREFORE, PLAINTIFF, HUMBLY, REQUESTS THAT THIS COURT GRANT

5  THE FOLLOWING RELIEF:

6  A)   THAT COURT ENTER JUDGEMENT DECLARING THE ACTS OF DEFENDANTS:

7  R.COOK, D.LAUGHLIN, AND R.AGREDANO VIOLATED THE RIGHTS OF THE

8  PLAINTIFF UNDER THE FIRST AND EIGHT U.S. CONSTITUTIONAL

9  AMENDMENT RIGHTS.

10  B).   THAT THE COURT AWARD INJURIES DAMAGES TO THE PLAINTIFF

11  c)   THAT THE COURT AWARD PAIN AND SUFFERING DAMAGES TO

12       THE PLAINTIFF.

13  D)   THAT THE COURT AWARD PUNITIVE DAMAGES TO PLAINTIFF.

14  E)   THAT THE COURT AWARD COMPENSATION FOR EMOTIONAL AND

15       MENTAL PAIN TO PLAINTIFF.

16  F)   THAT THE COURT AWARD GENERAL DAMAGES TO PLAINTIFF.

17  G)   THAT THE GRANT GRANT SUCH OTHER FURTHER RELIEF TO PLAINTIFF

18       AS IT DEEMS APPROPRIATE.

19  I)   GRANT APPOINTMENT OF COUNSEL.

20  J)   PLAINTIFF IS "PRO SE" REQUESTING FOR THE COURT TO HOLD

21       THIS COMPLAINT TO LESS STRICT STANDARD, THAN THE COMPLAINT

22       DRAFTED BY AN ATTORNEY SEE: CONLEY V. GIBSON, 355 U.S. 41 (1957)

23

24  DECEMBER 20, 2022            RESPECTFULLY SUBMITTED,

25                              SIGN:

26                              NAME: LINUS EKENE / PLAINTIFF.

27

28

PAGE: 17 OF 23

# Memorandum



To:        Claimant

Subject:   **TIME-EXPIRED RESPONSE FROM THE OFFICE OF APPEALS**

Thank you for submitting your appeal for review by the California Department of Corrections, Office of Appeals. Pursuant to Title 15, section 3486(i)(10), if the Office of Appeals is not able to respond to a claim in 60 calendar days, as in this case, then the claim must be answered "time-expired." As a result, the answer provided by the Office of Grievances remains unchanged and this appeal is now closed. No further action will be taken by the Department and no appeal of this action is permitted under the regulations.

Also, pursuant to Title 15, section 3485(e), "The appeal package submitted by the claimant shall be stored electronically by the Department. The CDCR Form 602-2 shall contain a notification to the claimant that the documents submitted will not be returned to the claimant." Therefore, your original grievance form and any supporting documents are not included with this response.

However, a copy of your entire appeal package is maintained in your Central File. The process for requesting copies of documents contained in Central Files, often referred to as an Olsen review, can be found in Department Operations Manual, sections 13030.16 and 13030.17.

Thank you,

HOWARD E. MOSELEY
Associate Director



CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

# CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:** Appeal Claims Decision Response

**Offender Name:** EKENE, LINUS WINBURY

**CDC#:** F84633

**Current Location:** MCSP-Facility C

**Date:** 10/26/2020

**Current Area/Bed:** C 012 2 - 244001U

**Log #:** 000000011026

**Claim #  001**

**Institution/Parole Region of Origin:** Mule Creek State Prison     **Facility/Parole District of Origin:** MCSP-Facility A

**Housing Area/Parole Unit of Origin:**

**Category:** Offender Safety and Security     **Sub-Category:** Use of Force

The California Department of Corrections and Rehabilitation (CDCR) Office of Appeals received this claim on 08/26/2020.

California Code of Regulations, title 15, provides the Office of Appeals 60 calendar days to complete a response. Due to the expiration of time, this response by the Office of Appeals will be the only response.

You do not need to resubmit this claim to the Office of Grievances or to the CDCR Office of Appeals.

**Decision: Time Expired**

PAGE) 19 OF 23

STATE OF CALIFORNIA

*LOG N°·11026*

**INMATE/PAROLEE APPEAL**                                                                 DEPARTMENT OF CORRECTIONS AND REHABILITATION

CDCR 602 (REV. 08/09) *STAFF COMPLAINT PURSUANT TO CCR SECTION 3084.9(g)(5)(A)*        **Side 1**

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | *FOR STAFF USE ONLY* | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations, Title 15, (CCR) Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**          WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| MR. EKENE, LINUS | FB4633 | A5, 246 | EOP |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): OFFICER COOK
USED EXCESSIVE AND UNNECESSARY FORCE ON ME BECAUSE I TOLD
HIM THAT I WAS GOING TO FILE A "602" AGAINST HIM.

**A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A): ON JUNE, 24, 2020,
AROUND 6:20 AM, OFFICER COOK ISSUED TO ME KOSHER BREAKFAST.
THE CONTENTS INSIDE THE "PAPER BOX" CONTAINING THE BREAKFAST
WERE ALREADY OPENED. I ASKED OFFICER COOK TO EXCHANGE THE

**B.** Action requested (If you need more space, use Section B of the CDCR 602-A): I WANT
PERSONNEL ADVERSE ACTION

**Supporting Documents: Refer to CCR 3084.3.**
☐ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

_____      _____

_____      _____

☐ No, I have not attached any supporting documents. Reason : _____

Inmate/Parolee Signature: *Ekene Linus*          Date Submitted: JULY 1, 2020

☐ **EL.** By placing my initials in this box, I waive my right to receive an interview.

*STAFF USE ONLY*

*JUL 02 2020*

---

**C. First Level - Staff Use Only**

This appeal has been:                                    Staff – Check One: Is CDCR 602-A Attached? ☐ Yes  ☐ No
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
                (Print Name)

Reviewer: _____ Title: _____ Signature: _____
                (Print Name)

Date received by AC: _____

PAGE 20 OF 23

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**

CDCR 602-A  (REV. 03/12)   *STAFF COMPLAINT PURSUANT TO CCR SECTION 3084.9(a)(5)(A)*   Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): MR. EKENE, LINUS | CDC Number: F84633 | Unit/Cell Number: A5, 246 | Assignment: E OP |
|---|---|---|---|

**A.  Continuation of CDCR 602, Section A only (Explain your issue):** BREAKFAST, BUT HE REFUSED

OFFICER D. LAUGHLIN INTERSECTED AND SAID, "YOU GET WHAT YOU GET."

I SAID TO OFFICER COOK, "I WILL WRITE A "602" ABOUT THIS INCIDENT.

OFFICER COOK YELLED ANGRILY AT ME, "I WILL KNOCK YOU OUT."

AND OFFICER D. LAUGHLIN STARTED THROWING PUNCHES IN THE AIR WHILE I WALKED BACK TO MY CELL. OFFICER COOK CAME TO MY CELL AND KICKED ME ON MY RIGHT LEG, AND FURTHERMORE, HIT ME WITH METAL BATON ON MY FACE AND SPLIT OPEN MY FACIAL SKIN, AND SAID TO ME REMEMBER TO SPELL MY NAME RIGHT WHEN YOU WRITE THE "602" ALSO, ON JUNE 22, 2020, AROUND 6:20 AM, OFFICER COOK ISSUED TO ME KOSHER BREAKFAST AND THE CONTENTS WERE ALREADY OPENED. WHEN I ASKED HIM TO REPLACE IT, HE REFUSED!

JUL 02 2020

Inmate/Parolee Signature: *[signature]*          Date Submitted: JULY 1, 2020

**B.  Continuation of CDCR 602, Section B only (Action requested):** I WANT PERSONNEL ADVERSE

ACTION!

NAME and NUMBER:  **EKENE, F84633**

CASE: **12036**
RVR: **7028528**
VIOLATION: **Possession of Weapon**
DATE: **9-8-20**

On **9-18-20**, the above-noted case was referred to the Amador County District Attorney's Office for prosecution determination. At this time, the case is still in review at the DA's office. You will receive notification when a decision is made.

_____
K. STALEY
Investigative Services Unit
Mule Creek State Prison

October 19, 2020          DISTRICT ATTORNEY REFERRAL          MCSP          128-B



CALIFORNIA DEPARTMENT of
**Corrections and Rehabilitation**

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** EKENE, LINUS WINBURY          **Date:** 04/02/2021
**CDC#:** F84633

**Current Location:** MCSP-Facility A          **Current Area/Bed:** A 005 2 - 238001U

**Log #:** 000000088819

---

**Claim #: 001**

**Institution/Parole Region of Origin:** Mule Creek State Prison     **Facility/Parole District of Origin:** MCSP-Facility A
**Housing Area/Parole Unit of Origin:**
**Category:** General Employee Performance          **Sub-Category:** Other Staff Misconduct - NOS

The California Department of Corrections and Rehabilitation (CDCR) Office of Grievances at MCSP-Facility A received your claim on 02/16/2021.

California Code of Regulations, title 15, provides CDCR Office of Grievances 60 calendar days to complete a response.

Although 60 calendar days have passed since your claim concerning General Employee Performance;Other Staff Misconduct - NOS was received, your claim is still under inquiry or investigation. Due to the expiration of time, this response by the Office of Grievances will be the only response.

You will be notified once the inquiry or investigation of the issue concerning your claim has been completed, but the notification will be outside of the timeframe of the Grievances and Appeals Process. You do not need to resubmit this claim to CDCR.

**Decision: Under Investigation**

---

PAGE 22 OF 23

STATE OF CALIFORNIA
Case 2:22-cv-01443-DJC-JDP    Document 13    Filed 01/03/23    Page 24 of 26 DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

**GRIEVANCE**
CDCR 602-1 (03/20)

| **STAFF USE ONLY** | Grievance #:_____  Date Received:_____ |
| | Date Due:_____ |
| | Categories:_____ |

_This is the process to ask for help with a complaint._

Claimant Name: **EKENE, LINUS**    CDCR #: **F84633**   Current Housing/Parole Unit: **C-12, 226**

Institution/Facility/Parole Region: **MULE CREEK STATE PRISON**

In order for the Department to understand your complaint, make sure you have answered the following questions:

- What is the nature of your complaint?
- When and where did the complaint occur?
- Who was involved?
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- Are there documents that would be helpful to support your position? List the documents if you do not have them. Please note that documents submitted with this form will not be returned.
- What specific action would resolve your complaint?

ON SEPTEMBER 8, 2020, APPROXIMATELY 7:45 AM, CORRECTIONAL OFFICER R. COOK AND OFFICER D. LAUGHLIN CAME TO MY CELL AND OFFICER LAUGHLIN SAID TO ME, THAT THEY ARE TIRED OF THE 602'S THAT I WAS WRITING AND THAT HE WANTS ME TO MOVE OUT OF MULE CREEK STATE PRISON BUILDING-5, AND OFFICER COOK SAID TO ME, IF YOU DO NOT MOVE, WE WILL PLANT A WEAPON IN YOUR CELL AND MOVE YOU TO AD-SEG.

APPROXIMATELY 2:00 PM, OFFICER R. AGREDANO APPROACHED ME AT THE YARD DURING MY MENTAL HEALTH THERAPEUTIC GROUP AND TOLD ME THAT HE FOUND A WEAPON IN MY CELL; FURTHERMORE, HE TOLD ME THAT HE WAS GOING TO TAKE ME TO AD-SEG. OFFICER AGREDANO, ALSO, CONFISCATED MY PRESCRIPTION EYEGLASSES AS RETALIATION.

LINUS EKENE, HF84633

SALINAS VALLEY STATE PRISON

P.O. BOX 1050

SOLEDAD, CALIFORNIA 93960


IN THE UNITED STATE DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


LINUS EKENE,                    CASE NO: 2:22-CV-01443

    PLAINTIFF,              TLN-JDP


    V.                         SUBMITTING FIRST AMENDED

                         COMPLAINT

R. COOK, ET AL.,

    DEFENDANTS.


    I, LINUS EKENE, PLAINTIFF, PROCEEDING PRO SE STATES THAT THE ATTACHED IS THE FIRST AMENDED COMPLAINT THAT THE JUDGE ORDERED.

    DUE TO PRISON HAS BEEN ON LOCK-DOWN SINCE THE SECOND WEEK OF NOVEMBER AND STILL ON THE LOCK-DOWN, I WAS WAITING TO GAIN AN ACCESS TO LAW LIBRARY TO MAKE COPIES OF THE COMPLAINT BEFORE I SEND IT BACK TO THE COURT, BUT ON DECEMBER 25, 2022 I WAS SENT TO "AD-SEG" AND STILL AT "AD-SEG"

DECEMBER 29, 2022                    RESPECTFULLY SUBMITTED

                                       LINUS EKENE

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5, 28 U.S.C. § 1746)

I, __LINUS EKENE, PLAINTIFF, PRO SE__, declare:

I am over 18 years of age and a party to this action. I am a resident of __SALINAS VALLEY STATE PRISON__ Prison.

in the county of __SOLEDAD__.

State of California. My prison address is: __SALINAS VALLEY STATE PRISON, P.O. BOX 1050, SOLEDAD, CALIFORNIA 93960__.

On __DECEMBER 20, 2022__.
(DATE)

I served the attached: __FIRST AMENDED COMPLAINT (2:22-CV-0143-T(N-JDP) 23 PAGES__
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

__UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, OFFICE OF THE CLERK, 501 "I" STREET, SUITE 4-200, SACRAMENTO, CALIFORNIA 95814-2322__

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __DECEMBER 29, 2022__
(DATE)

_____
(DECLARANT'S SIGNATURE)

Cu-69 (Rev. 9/97)

ODMA PCDOCS WORDPERFECT 22832 1