IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**LINUS EKENE,**

Plaintiff,

v.

**COOK, et al.,**

Defendants.

Case No. 2:22-cv-01443-TLN-JDP (PC)

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND THEIR DEADLINE TO FILE A RESPONSIVE PLEADING**

This matter comes before the Court on Defendants' motion for administrative relief, under Local Rule 233(a), to extend their deadline to file a responsive pleading. Defendants' deadline to file a responsive pleading is extended thirty days, up to and including April 26, 2023.

Good cause appearing, the motion is GRANTED.

IT IS SO ORDERED.

Dated:   March 27, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE